UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL DONTRELL KEMP,

    Defendant.

_____/

Hon. Phillip J. Green

Case No.  1:25-mj-00349

**<u>ORDER OF DETENTION</u>**

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged by Criminal Complaint.  The Criminal Complaint charges defendant with being a felon in possession of a firearm, in violation of  18 U.S.C. § 922(g)(1).

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a  risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A).  The Court conducted a hearing on July 17, 2025, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government met its burden of establishing by clear and convincing evidence that he is a danger to the community.

Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community.  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on July 18, 2025.

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge
